Setareh Panah, Esq.; State Bar No. 283058
Pouyan Bohloul, Esq.; State Bar No. 326980
LAW OFFICES OF JACOB EMRANI
A Professional Corporation
714 W. Olympic Blvd., Ste 300
Los Angeles, CA 90015
Tel: 213-748-7734
Fax: 213-283-3925

Attorneys for Plaintiff
CARLOS PARDO

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CARLOS PARDO,<br><br>       Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION AND DOES 1 TO 50.<br><br>       Defendants. | Case No.: 8:20-cv-01625-DOC<br><br>**ORDER   [9]**<br><br>Action Filed: August 28, 2020 |

**ORDER:**

The Parties to the above-referenced action have filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved; and

2. Central District of California case number 18:20-cv-01625 entitled CARLOS PADRO vs. COSTCO WHOLESALE CORPORATION, et al. is hereby remanded to Orange County Superior Court.

IT IS SO ORDERED.

Dated: September 21, 2020

*/s/ David O. Carter*
_____
UNITED STATES DISTRICT JUDGE
Central District of California

1

**ORDER**